# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| VICTOR S. VICENTE, § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO.: 3:24-CV-0395-D |
| § | |
| KRAFT HEINZ FOODS COMPANY, § | |
| *Defendant.* § | |

## ORDER ON PLAINTIFFS' AGREED MOTION FOR VOLUNTARY DISMISSAL

ON THIS DAY the Court considered Plaintiffs' Agreed Motion for Voluntary Dismissal. After considering the motion, the Court:

GRANTS the motion and dismisses the case without prejudice to the refiling of same.

SIGNED April 15, 2024.

_____
**SIDNEY A. FITZWATER**
**SENIOR JUDGE**